**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **James Salter,** | ) | **CASE NO. 1:04 CV 1682** |
| | ) | |
| **Petitioner,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Sam Tambi, Warden,** | ) | **Judgment Entry** |
| | ) | |
| **Respondent.** | ) | |

This Court, having issued its Memorandum of Opinion and Order ACCEPTING the

Report and Recommendation of Magistrate Judge Gallas (Doc. 15), hereby dismisses the Petition

for Writ of Habeas Corpus.  Further, the Court certifies, pursuant to 28 U.S.C. §  1915(a)(3), that

an appeal from this decision could not be taken in good faith, and that there is no basis upon

which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R.App.P. 22(b).

IT IS SO ORDERED.


/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 8/14/06